IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Yuliya S. and Alexis P., individually and on behalf of their minor child, A. P.,<br><br>*Plaintiffs*,<br>        v.<br><br>Hatboro-Horsham School District,<br><br>*Defendant.* | Case No. 2:21-cv-02011 |

### ORDER

AND NOW, this 19th day of April, 2022, upon consideration of the Motion To Approve Minor's Compromise (ECF No. 32), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

A.    The Motion is **GRANTED** and the Court approves the Parties' settlement concerning tuition reimbursement and reimbursement of costs for a psychoeducational evaluation; and

B.    The Motion is **DENIED WITHOUT PREJUDICE** to the extent it requests the Court's approval of an award of attorneys' fees.

If Plaintiffs seek to submit a renewed request for attorneys' fees, they must do so on or before May 6, 2022.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge