IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Yuliya S. and Alexis P., individually and on behalf of their minor child, A. P.<br><br>*Plaintiffs,*<br>   v.<br><br>Hatboro-Horsham School District,<br><br>*Defendant.* | Case No. 2:21-cv-02011 |

## ORDER

**AND NOW**, this 9th day of May, 2022, upon consideration of Plaintiffs' Motion To Approve Plaintiffs' Attorneys' Fees (ECF No. 35), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge